UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>6300 MACK ROAD, LLC, a Nevada Limited Liability Company; NATIONAL STORES, INC., a California corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:17-cv-02475-TLN-CKD<br><br>[Complaint filed: November 26, 2017]<br><br>**ORDER SETTING ASIDE DEFAULT** |

Having reviewed the stipulation of the parties to set aside the default of Defendant 6300 MACK ROAD, LLC, and finding good cause thereon,

IT IS HEREBY ORDERED that:

1. The default of Defendant 6300 MACK ROAD, LLC is hereby set aside.

2. The Defendant 6300 MACK ROAD, LLC shall have 10 days from the date it is served with this signed order to file its answer.

**SO ORDERED.**

Dated: 2/12/2018

_____
Troy L. Nunley
United States District Judge

1
ORDER SETTING ASIDE DEFAULT